IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
1:15cv133

| | |
|---|---|
| **BRIAN E. PELTIER,** ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | |
| ) | **ORDER** |
| **GREGORY MATHIS, et al.,** ) | |
| ) | |
| Defendants. ) | |
| _____ ) | |

Pending before the Court is the Motion for Service at Government's Expense [# 20]. Plaintiff, who is proceeding in this action *pro se*, appears to request that this Court enter an order providing for the service of two subpoenas at the Government's expense. Plaintiff's motion, however, is premature as the discovery period has not yet opened in this case. Accordingly, the Court **DENIES without prejudice** the motion [# 20].

Signed: December 3, 2015

Dennis L. Howell
United States Magistrate Judge

-1-